IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD DENNIS MANDEVILLE, 833528, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-CV-992-O |
| | ) | |
| RICK THALER, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| Respondent. | ) | |

ORDER TRANSFERRING CASE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Objections were filed, and the District Court has made a *de novo* determination of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the petition for habeas corpus relief, brought pursuant to 28 U.S.C. § 2254, is hereby TRANSFERRED to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

A copy of this order shall be transmitted to Petitioner.

SO ORDERED this **28th** day of **June**, **2010.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**